

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00187-CV

CLAUDE L. DAILEY, JR.                                                                          APPELLANT

V.

PATRICIA ANN DAILEY                                                                           APPELLEE

----------

FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Claude L. Dailey, Jr. attempts to appeal the denial of his motion to recuse the trial judge. Acting Presiding Judge of the Eighth Administrative Judicial Region of Texas, Judge Donald Cosby, heard Appellant's motion and denied it on April 29, 2011. Appellant filed a notice of appeal, and on June 3, 2011, we notified the parties of our concern that this court lacks jurisdiction over

---

[1]*See* Tex. R. App. P. 47.4.

this appeal because the "Order Denying Motion to Recuse" does not appear to be a final judgment or an appealable interlocutory order. We also stated that the appeal would be subject to dismissal for want of jurisdiction unless Appellant or any party desiring to continue the appeal filed with the court, on or before June 13, 2011, a response showing grounds for continuing the appeal. No response has been filed.

Generally, an appeal may be taken only from a final judgment or order.[2] An order denying a motion to recuse is not an appealable interlocutory order.[3] Specifically, rule 18a of the Texas Rules of Civil Procedure provides that an order denying a motion to recuse may be reviewed only "on appeal from the final judgment."[4] Because the order from which Appellant attempts to appeal is not an appealable interlocutory order, we dismiss this appeal for want of jurisdiction.[5]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: July 21, 2011

---

[2] *Lehmann v. Har-Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001).

[3] *Hawkins v. Walker,* 233 S.W.3d 380, 401 (Tex. App.—Fort Worth 2007, pet. denied).

[4] Tex. R. Civ. P. 18a(f); *see Hawkins,* 233 S.W.3d at 401.

[5] *See* Tex. R. App. P. 42.3(a), 43.2(f).